David M. Siegal, Siegal Law Offices, LLC, of counsel to Donohue, Sabo, Varley & Huttner, LLP, Albany, N.Y., for Creditor–Appellant.

Jonathan S. Abady (Sarah Netburn, on the brief), Emery Cello Brinckerhoff & Abady, LLP, New York, N.Y., for Debtor–Appellee.

PRESENT: Hon. JON O. NEWMAN, Hon. RALPH K. WINTER, Hon. GUIDO CALABRESI, Circuit Judges.

## SUMMARY ORDER

Creditor–Appellant Richard T. Corvetti appeals from the judgment of the United States District Court for the Northern District of New York (Scullin, *J.*) holding that, pursuant to a settlement agreement entered into by the parties and approved by the District Court (McAvoy, *J.*), Corvetti may not oppose the discharge of Debtor–Appellee Paul S. Hudson or any appeal by Hudson of a denial of discharge. We assume the parties' familiarity with the facts, procedural history, and scope of the issues presented on appeal.

We AFFIRM the judgment of the District Court for substantially the reasons stated in its decision.

**SUN–MING SHEU, Ming–Chien Hsu, Plaintiffs–Appellants,**

v.

**CENTEX HOME EQUITY, Part of the Financial Services Group of Centex Corp., Dallas, Texas, Defendant–Appellee.**

**No. 07–2210–cv.**

United States Court of Appeals, Second Circuit.

Oct. 3, 2008.

Sun–Ming Sheu (Ming–Chien Hsu, on the brief), pro se, Flushing, N.Y. (on submission), for Plaintiffs–Appellants.

Kara Kantor Lewis (Zachary D. Rosenbaum, on the brief), Lowenstein Sandler PC, Roseland, N.J. (on submission), for Defendant–Appellee.

PRESENT: Hon. GUIDO CALABRESI, Hon. SONIA SOTOMAYOR, Hon. BARRINGTON D. PARKER, Circuit Judges.

## SUMMARY ORDER

Plaintiffs–Appellants Sun–Ming Sheu and Ming–Chien Hsu ("Appellants") appeal from the decision of the United States District Court for the Eastern District of New York (Ross, *J.*) dismissing *sua sponte* Appellants' claims regarding alleged violations of criminal statutes by the defendant. We assume the parties' familiarity with the

facts, procedural history, and scope of the issues presented on appeal.

We affirm the District Court's dismissal of these claims for substantially the reasons stated by the District Court. *Sheu v. Centex Home Equity,* No. 06–CV–2235(ARR) (E.D.N.Y. Sept. 18, 2006) (memorandum & order). Appellants do not raise the dismissal of their remaining claims in this appeal, and so any challenge to the District Court's dismissal of those claims is waived. *See LoSacco v. City of Middletown,* 71 F.3d 88, 92 (2d Cir.1995). In any event, these "remaining" claims are without merit because the District Court correctly concluded that they were barred by *res judicata. Sheu v. Centex Home Equity,* No. 06–CV–2235(ARR), at *7–10 (E.D.N.Y. Apr. 23, 2007) (opinion & order).

We have considered all of Appellants' claims and find them to be without merit. Accordingly, we AFFIRM the judgment of the District Court.